## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**FREDERICK JOHNSON #2209962**      **CASE NO.  3:26-CV-00585 SEC P**

**VERSUS**                          **JUDGE TERRY A. DOUGHTY**

**WARDEN JERGENS**                  **MAG. JUDGE KAYLA D. MCCLUSKY**

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 6], after an independent review of the record, no objections thereto have been filed by Petitioner, Frederick Johnson ("Petitioner"), and after determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 31st day of March 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE